**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONNA SIMMS<br>Plaintiff,<br>v.<br>CITY OF LOS ANGELES; EGON PONCE; CHRISTOPHER MENCHACA; JUAN GONZALEZ; DOES I through 10, inclusive,<br>Defendants. | CASE NO. 2:25-cv-08222-SSC<br>*Hon. Stephanie S. Christensen – Ctrm. 790*<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRETY OF THE ACTION** |

**[~~PROPOSED~~] ORDER**

The Court, having considered the Joint Stipulation to Dismiss Entirety of the Action, and good cause appearing,

IT IS HEREBY ORDERED THAT:

That the entirety of the action is dismissed with prejudice including Defendants City of Los Angeles, Egon Ponce, Christopher Menchaca, Juan Gonzalez, with each side bearing its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: October 27, 2026

The Honorable Stephanie S. Christensen
United States Magistrate Judge